UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

I. KRUGER, INC.,

       Plaintiff,                       Case No. 07-C-1116

       v.

OCONTO FALLS TISSUE, INC.,
and ST PAPER LLC,

       Defendants.

## ORDER FOR STAY OF PROCEEDINGS

In accordance with the stipulation of the parties filed January 30, 2008,

**IT IS HEREBY ORDERED** that all proceedings in this case are stayed pending notice from the Plaintiff, in accordance with paragraph (3) or (4) of the stipulation, or further order of the Court.

Dated this __31st__ day of January, 2008.

BY THE COURT:

s/ William C. Griesbach
William C. Griesbach
U.S. District Judge