UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

I. KRUGER, INC.,

    Plaintiff,                                  Case No. 07-C-1116

    v.

OCONTO FALLS TISSUE, INC.,
and ST PAPER LLC,

    Defendants.

## ORDER FOR JUDGMENT

The Court having granted summary judgment in favor of Plaintiff I. Kruger, Inc. ("Kruger"), on two of the three claims asserted against the Defendants Oconto Falls Tissue, Inc. ("OFTI"), and ST Paper, LLC ("ST Paper"), and counsel for the Plaintiff having advised the Court that in light of the Court's decision, Plaintiff does not intend to pursue the remaining unjust enrichment claim;

**IT IS HEREBY ORDERED** that Plaintiff's claim for unjust enrichment is dismissed and the clerk is directed to enter judgment in favor of Krueger and against OFTI in the sum of $95,412.62, together with costs, which amount may be collected directly from OFTI, or by levy upon the assets that OFTI transferred to ST Paper, or from the proceeds of those assets.

Dated this   15th   day of January, 2009.

                                        BY THE COURT:

                                        s/ William C. Griesbach
                                        William C. Griesbach
                                        U.S. District Judge